UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

EDDIE MOORE,

    Plaintiff,

v.                                                               Case No. 1:07-CV-756

MICHIGAN DEPARTMENT OF,               HON. GORDON J. QUIST
CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 22, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued June 22, 2009 (docket no.34) is **ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Defendant Assistant Deputy Warden Wells' Motion for Summary Judgment (docket no. 25) is **GRANTED**.

This case is **concluded**.


Dated: July 21, 2009                                           /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE